```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------
TRUSTEES OF THE PENSION PLAN
OF THE PENSION FUND OF
AMALGAMATED PRODUCTION &
SERVICE EMPLOYEES LOCAL 22
F/K/A TRUSTEES OF THE PENSION
PLAN OF THE PENSION FUND OF
AMALGAMATED, INDUSTRIAL TOY
& NOVELTY WORKERS OF
AMERICA, LOCAL 223,

                              Plaintiffs,

          -against-                                20 Civ. 9518 (AT)

THE GOLDBERGER COMPANY LLC,                        ORDER

                              Defendant.
------------------------------------------------------------
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/14/2021_

ANALISA TORRES, District Judge:

On November 20, 2020, the Court ordered the parties to submit a joint letter and proposed case management plan by January 12, 2021, in advance of the initial pretrial conference scheduled for January 19, 2021. ECF No. 8. Those submissions are overdue.

Accordingly, by **January 15, 2021**, at **2:00 p.m.**, the parties shall file their joint letter and proposed case management plan.

SO ORDERED.

Dated: January 14, 2021
       New York, New York

ANALISA TORRES
United States District Judge