

**BARNES IACCARINO & SHEPHERD LLP**

3 Surrey Lane Hempstead, NY 11550
Tel: 516.483.2990 | Fax: 516.483.0566

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/2021
```

Giacchino J. Russo          *Also Admitted in NJ

January 14, 2021

VIA ECF
Honorable Analisa Torres, U.S.D.J.
United States District Court, S.D.N.Y.
500 Pearl Street
New York, New York 10007

Re:   Trustees of the Pension Plan of the Pension Fund of Amalgamated Production & Service Employees Local 22, et al. v. The Goldberger Company

Case No.:   20-cv-09518(AT)

Dear Judge Torres,

    This firm represents Trustees of the Pension Plan of the Pension Fund of Amalgamated Production & Service Employees Local 22, et al. in the above referenced matter. The Court entered an Initial Pretrial Conference Order [ECF No. 8], scheduling a Conference for January 19, 2021 at 10am, and an Order [ECF No. 10], setting forth a deadline for a Joint Letter and Proposed Case Management Plan for January 15, 2021. Plaintiff intends on moving for default judgment as Defendant has not provided an answer to or otherwise responded to the Complaint [ECF No. 1]. In light of the foregoing circumstances, Plaintiff respectfully requests to adjourn the scheduled January 21, 2021 Conference *sine die*.

    This constitutes Plaintiff's first adjournment request to the Court in this matter. The Defendant has not entered an appearance in this action.

    I appreciate your time and attention to this matter.

GRANTED in part, DENIED in part. The initial pretrial conference scheduled for January 21, 2021, is ADJOURNED to **February 22, 2021**, at **11:40 a.m**. By **February 15, 2021**, the parties shall file their joint letter and proposed case management plan, or Plaintiff shall move for default.

SO ORDERED.

Dated: January 15, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge