

**BARNES
IACCARINO &
SHEPHERD LLP**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/2021

3 Surrey Lane Hempstead, NY 11550
Tel: 516.483.2990 | Fax: 516.483.0566

Lauren M. Kugielska*          Roy Barnes, Retired
Giacchino J. Russo          *Also Admitted in NJ

February 9, 2021

VIA ECF
Honorable Analisa Torres, U.S.D.J.
United States District Court, S.D.N.Y.
500 Pearl Street
New York, New York 10007

Re:         Trustees of the Pension Plan of the Pension Fund of Amalgamated Production &
              Service Employees Local 22, et al. v. The Goldberger Company

Case No.:    20-cv-09518(AT)

Dear Judge Torres,

This firm represents Plaintiffs Trustees of the Pension Plan of the Pension Fund of Amalgamated Production & Service Employees Local 22, et al. in the above referenced matter. The Court entered an Order [ECF No. 13], directing Plaintiffs to move for default judgment by February 15, 2021. I am in the process of gathering documents from Plaintiffs in support of Plaintiffs' motion for default judgment. In light of the foregoing circumstances, Plaintiffs respectfully request an extension to move for default judgment until March 8, 2021.

This constitutes Plaintiffs' second adjournment request to the Court in this matter. The Defendant has not entered an appearance in this action.

I appreciate your time and attention to this matter.

Respectfully yours,

GRANTED.  By **March 8, 2021**, Plaintiffs shall move
for a default judgment.

*Lauren M. Kugielska*
Lauren M. Kugielska

SO ORDERED.

Dated: February 11, 2021
      New York, New York

**ANALISA TORRES**
United States District Judge