UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   2/19/2021
```

TRUSTEES OF THE PENSION PLAN
OF THE PENSION FUND OF
AMALGAMATED PRODUCTION &
SERVICE EMPLOYEES LOCAL 22
F/K/A TRUSTEES OF THE PENSION
PLAN OF THE PENSION FUND OF
AMALGAMATED, INDUSTRIAL TOY
& NOVELTY WORKERS OF
AMERICA, LOCAL 223,

                              Plaintiffs,

            -against-                                    20 Civ. 9518 (AT)

THE GOLDBERGER COMPANY LLC,                              **ORDER**

                              Defendant.

ANALISA TORRES, District Judge:

        The initial pretrial conference scheduled for February 22, 2021, is ADJOURNED *sine die*.

        SO ORDERED.

Dated: February 19, 2021
       New York, New York

                                        ANALISA TORRES
                                     United States District Judge