

**BARNES IACCARINO & SHEPHERD LLP**
ATTORNEYS AT LAW

258 Saw Mill River Road, Elmsford, NY 10523
Tel: 914.592.1515 | Fax: 914.592.3213

Steven H. Kern     Tel: 914.592.1515
Lauren M. Kugielska*     Fax: 914.592.3213
Giacchino J. Russo
Julie Pearlman Schatz*     *Also Admitted in NJ

Roy Barnes, Retired     www.bislawfirm.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/27/2021

September 24, 2021

VIA ECF
Honorable Analisa Torres, U.S.D.J.
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    Trustees of the Pension Plan of the Pension Fund of Amalgamated Production & Service Employees Local 22 v. the Goldberger Company LLC

Case No.:    20-cv-09518(AT)

Dear Judge Torres,

      This firm represents Plaintiffs Trustees of the Pension Plan of the Pension Fund of Amalgamated Production & Service Employees Local 22, et al.. On September 14, 2021, the Court issued an Order [ECF No. 33], setting forth an Order to Show Cause hearing on September 28, 2021, regarding Plaintiffs' motion for default judgment [ECF Nos. 20-24]. Legal counsel for Defendant the Goldberger Company LLC recently contacted me and expressed Defendant's interest in resolving this matter. In light of the aforementioned circumstances, Plaintiffs respectfully request an adjournment of the September 28, 2021 Order to Show Cause hearing. Defendant consents to Plaintiffs' adjournment request. Plaintiffs submitted a prior adjournment request of an Order to Show cause hearing, regarding Plaintiffs' motion for default judgment [ECF No. 32].

      GRANTED. The hearing on Plaintiff's Order to Show Cause scheduled for September 28, 2021, is ADJOURNED to **October 25, 2021**, at **11:00 a.m.** If this case is settled or otherwise terminated before that date, counsel are required to notify the Court before the date of the conference, and must file a stipulation of dismissal or other proof of termination on the docket.

SO ORDERED.

Dated: September 27, 2021
      New York, New York

ANALISA TORRES
United States District Judge

